

Nathan Cloud
Yakima County Jail
111 No. Front St
Yakima, WA 98901

Eastern Court Clerk
PO Box 2706
Yakima, WA 98907

LEGAL MAIL

RECEIVED
AUG - 4 2022
CLERK, U.S. DISTRICT COURT
YAKIMA, WASHINGTON