IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

NATHAN LYNN CLOUD,

Defendant.

No. 1:22-CR-02027-SAB-1

**VERDICT FORM**

Question No. 1: WE, THE JURY in the above-captioned case, find the Defendant, NATHAN LYNN CLOUD, __Not Guilty__ of the offense

(Guilty / Not Guilty)

of Possession with Intent to Distribute Methamphetamine, in violation of federal law.

**If you find Defendant guilty in Question No. 1, proceed to Question No. 3 and do not consider Question No. 2.**

**If you find Defendant not guilty in Question No. 1 or if you cannot reach a unanimous verdict as to Question No. 1, proceed to Question No. 2.**

Question No. 2: WE, THE JURY in the above-captioned case, find the Defendant, NATHAN LYNN CLOUD, ___Guilty___ of the lesser

(**Guilty** / Not Guilty)

offense of Possession of Methamphetamine, in violation of federal law.

**If you found Defendant guilty in Question No. 1, proceed to Question No. 3. Otherwise, proceed to Question No. 4.**

Question No. 3: We, the Jury in the above-captioned case, having found the Defendant, NATHAN LYNN CLOUD, guilty of the offense of Possession with Intent to Distribute Methamphetamine, further unanimously find that he possessed with intent to distribute methamphetamine, in the amount shown (place an X in the appropriate box):

*Actual methamphetamine:*

(i) Weighing 5 grams or more [ ]

(ii) Weighing less than 5 grams [ ]

**Proceed to Question No. 4.**

Question No. 4: WE, THE JURY in the above-captioned case, find the Defendant, NATHAN LYNN CLOUD, __Not Guilty__ of the offense

(Guilty / **Not Guilty**)

of Possession with Intent to Distribute Fentanyl, in violation of federal law.

**If you find Defendant not guilty in Question No. 4 or if you cannot reach a unanimous verdict as to Question No. 4, proceed to Question No. 5.**

Question No. 5: WE, THE JURY in the above-captioned case, find the Defendant, NATHAN LYNN CLOUD, __Guilty__ of the lesser

(**Guilty** / Not Guilty)

offense of Possession of Fentanyl, in violation of federal law.

DATED this 27 day of April 2023.

_____
Presiding Juror