# UNITED STATES DISTRICT COURT
### for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 01, 2023**

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Cloud, Nathan Lynn | Docket No. | 0980 1:22CR02027-SAB-1 |

## Petition for Action on Conditions of Pretrial Release

     COMES NOW Kyle Mowatt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Nathan Lynn Cloud, who was placed under pretrial release supervision by the Honorable Chief U.S. District Judge Stanley A. Bastian, sitting in the court at Yakima, Washington, on the 27th day of April 2023, under the following conditions:

**Special Condition #6**: Defendant shall report to the United States Probation Office on April 28, 2023, by 4 p.m. and shall report as often as they direct, at such times and in such manner as they direct.

     RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

On April 27, 2023, the conditions of pretrial release were reviewed with Mr. Cloud in court prior to his release.

**Violation #1**: Mr. Cloud is alleged to be in violation of his pretrial release conditions by failing to report to the United States Probation/Pretrial Services Office by April 28, 2023 at 4 p.m.

On April 27, 2023, Mr. Cloud appeared in court before Your Honor where he was directed to abide by all the conditions of supervision, as well as report to the probation office by April 28, 2023, by 4 p.m. Mr. Cloud is scheduled to appear in court on June 27, 2023, for his sentencing hearing.

On April 28, 2023, Mr. Cloud failed to report to the probation office by 4 p.m. As of the writing of this report, Mr. Cloud's whereabouts is unknown.

     PRAYING THAT THE COURT WILL ORDER A WARRANT

| | | |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | | Executed on: May 1, 2023 |
| | by | s/Kyle Mowatt |
| | | Kyle Mowatt<br>U.S. Pretrial Services Officer |

PS-8
Re: Cloud, Nathan Lynn
May 1, 2023
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this
     petition with the other violations pending before the
     Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

5/1/2023
_____
Date